FILED

MAR 2 1 2012

US DISTRICT COURT
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VONZELLE WADE CAREY,

    Defendant.

Criminal No. 3:12CR32

Violations:  21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

# INDICTMENT

The Grand Jury charges that:

<u>COUNT 1</u>

(Distribution of Cocaine Base Aided and Abetted
By a Person Known to the Grand Jury)

On or about the 23rd day of July, 2009, in Martinsburg, Berkeley County, within the Northern District of West Virginia, the defendant, **VONZELLE WADE CAREY**, aided and abetted by a person known to the Grand Jury, did unlawfully, knowingly, intentionally, and without authority distribute approximately 0.75 gram of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II(a)(4), in exchange for $100.00, to a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 2

(Distribution of Cocaine Hydrochloride)

On or about the 23rd day of July, 2009, at a time after the offense charged in Count 1, in Martinsburg, Berkeley County, within the Northern District of West Virginia, the defendant, **VONZELLE WADE CAREY,** did unlawfully, knowingly, intentionally, and without authority distribute approximately 0.37 gram of a mixture or substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II(a)(4), in exchange for $50.00, to a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

(Distribution of Cocaine Base)

On or about the 6th day of August, 2009, in Martinsburg, Berkeley County, within the Northern District of West Virginia, the defendant, **VONZELLE WADE CAREY,** did unlawfully, knowingly, intentionally, and without authority distribute approximately 0.74 gram of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II(a)(4), in exchange for $100.00, to a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

(Distribution of Cocaine Base)

On or about the 20th day of August, 2009, in Martinsburg, Berkeley County, within the Northern District of West Virginia, the defendant, **VONZELLE WADE CAREY,** did unlawfully, knowingly, intentionally, and without authority distribute approximately 0.78 gram of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II(a)(4), in exchange for $100.00, to a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

(Distribution of Cocaine Base)

On or about the 11th day of September, 2009, in Martinsburg, Berkeley County, within the Northern District of West Virginia, the defendant, **VONZELLE WADE CAREY,** did unlawfully, knowingly, intentionally, and without authority distribute approximately 0.60 gram of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II(a)(4), in exchange for $100.00, to a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6

(Distribution of Cocaine Base Aided and Abetted
By a Person Unknown to the Grand Jury)

On or about the 24th day of September, 2009, in Martinsburg, Berkeley County, within the Northern District of West Virginia, the defendant, **VONZELLE WADE CAREY**, aided and abetted by a person unknown to the Grand Jury, did unlawfully, knowingly, intentionally, and without authority distribute approximately 0.87 gram of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II(a)(4), in exchange for $100.00, to a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

A true bill,

/s/
Grand Jury Foreperson
(Signature on File)

/s/
William J. Ihlenfeld, II
United States Attorney